UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| Jennifer N. Dabney, <br> Plaintiff, <br> vs. <br> Federal National Mortgage Association <br> Shapiro & Fishman LLP <br> Chase Home Finance, <br> Defendant(S), | Case No.: 3:11cv342-RV/EMT <br><br> **Complaint** |

1. Plaintiff brings this action under sections P.L.111-22, §§701-704(The Protecting Tenants at Foreclosure Act)and Administrative Order no. 09-09 A1, No. 09-09 under rule 2.215 of the Florida Rules of Judicial Administration, Federal Rule of Civil Procedure 11 in violation of submitting pleadings without evidentiary support.

2. Defendants failed to notify tenants of 90- day to vacate property pursuit to P.L.111-22, §§701-704(The Protecting Tenants at Foreclosure Act) (Fed. Nat'l Mortgage Assoc. V Dobson, 10-CVG-02140(Ohio Mun. CT Mar 1 2010) (PTFA Compliance Administrative Order NO.09-09 A1).

3. Defendants failed to notify tenant of intent to pursue eviction notice pursuit to F.S.83.306 sub. Section (3) Tenant Rights.

4. Defendants motion to clerks office for writ of possession was in violation of Administrative Order no. 09-09 A1, No. 09-09 under rule 2.215 (Chief Judge Brown Eleventh judicial Circuit of Florida).

5. Defendants and/or there attorney Shapiro & Fishman LLP is violation of Federal Rule of Civil Procedure 11 Filing and signing motions without evidentiary support. The defendants filed certificate of notice to tenants on March 14, 2011 per clerk of court. Defendants filed a second notice of compliance and personal message to the judge on June 23, 2011 stating again they are in full compliance, which in fact is false. No such notice has been served upon tenants.

**Wherefore,** the plaintiff requests this action be dismissed *with prejudice and impose sanctions and/or fines as deemed by the court.*

Dated this 25, day of July 2011

Jennifer N. Dabney
6114 Blueberry Lane
Crestview, Florida 32536
(850)758-2564

Filed 0726'11UsDcFln 3PM 1244

J. Dabney
6114 Blueberry LN
Crestview, Fl 32536

PENSACOLA FL 325
MON 25 JUL 2011 PM

U.S. Courthouse
One N. Palafox St.
2nd floor
Pensacola, Fl 32502